Ovrride, PlnDue, Incomplete, DISMISSED

# U.S. Bankruptcy Court
## Central District Of California (Santa Ana)
### Bankruptcy Petition #: 8:07-bk-10123-RK

*Assigned to:* Robert N. Kwan  
Chapter 13  
Voluntary  
Asset

*Date Filed:* 01/16/2007  
*Date Dismissed:* 03/21/2007

*Debtor*  
**Gary Leroy Boyne, Jr**  
8343 San Clemente Way  
Buena Park, CA 90620  
SSN: xxx-xx-5233

represented by **Gary Leroy Boyne, Jr**  
PRO SE

*Trustee*  
**Amrane Cohen**  
770 The City Dr So Ste #3300  
Orange, CA 92868  
(714) 621-0200

*U.S. Trustee*  
**United States Trustee (SA)**  
411 W Fourth St., Suite 9041  
Santa Ana, CA 92701-4593

| Filing Date | # | Docket Text |
|---|---|---|
| 01/16/2007 | 1 | Chapter 13 Voluntary Petition . Receipt Number o, Fee Amount $274 Filed by Gary Leroy Boyne Jr Section 316 Incomplete Filings due by 3/2/2007. Schedule A due 1/31/2007. Schedule B due 1/31/2007. Schedule C due 1/31/2007. Schedule D due 1/31/2007. Schedule E due 1/31/2007. Schedule F due 1/31/2007. Schedule G due 1/31/2007. Schedule H due 1/31/2007. Schedule I due 1/31/2007. Schedule J due 1/31/2007. Statement of Financial Affairs due 1/31/2007. Employee Income Record due by 1/31/2007. Statement - Form 22C Due: 1/31/2007. |

EXHIBIT "A"

|  |  | Statement of assistance of non-attorney due 1/31/2007. Summary of schedules due 1/31/2007. Declaration concerning debtors schedules due 1/31/2007. Chapter 13 Plan due by 1/31/2007. Cert. of Credit Counseling due by 1/31/2007. Debt Repayment Plan due by 1/31/2007. Statistical Summary due 1/31/2007. Incomplete Filings due by 1/31/2007. (Nguyen, Vi) (Entered: 01/16/2007) |
|---|---|---|
| 01/16/2007 | 2 | First Meeting of Creditors with 341(a) meeting to be held on 02/27/2007 at 09:00 AM at RM 1-154, 411 W Fourth St., Santa Ana, CA 92701. Confirmation hearing to be held on 04/11/2007 at 01:30 PM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. Proof of Claim due by 05/29/2007. (Nguyen, Vi) (Entered: 01/16/2007) |
| 01/16/2007 | 3 | Exhibit D Filed by Debtor Gary Leroy Boyne Jr . (Nguyen, Vi) (Entered: 01/16/2007) |
| 01/16/2007 | 4 | Notice of Requirement to Complete Course in Financial Management (BNC) . (Nguyen, Vi) (Entered: 01/16/2007) |
| 01/16/2007 | 5 | ORDER directing plan payment to trustee and directing payment of residential mortgage pending meeting of creditors (BNC) Signed on 1/16/2007. (Nguyen, Vi) (Entered: 01/16/2007) |
| 01/16/2007 |  | Receipt of Chapter 13 Filing Fee - $274.00 by VN. Receipt Number 80009099. (admin) (Entered: 01/17/2007) |
| 01/18/2007 | 6 | BNC Certificate of Mailing. (RE: related document(s)2 Meeting (AutoAssign Chapter 13), Meeting (AutoAssign Chapter 13)) No. of Notices: 10. Service Date 01/18/2007. (Admin.) (Entered: 01/18/2007) |
| 01/18/2007 | 7 | BNC Certificate of Mailing. (RE: related document(s)5 ORDER directing plan payment to trustee and directing payment of residential mortgage pending meeting of creditors (BNC)) No. of Notices: 12. Service Date 01/18/2007. (Admin.) (Entered: 01/18/2007) |
| 01/18/2007 | 8 | BNC Certificate of Mailing. (RE: related document(s)4 Notice of Requirement to Complete Course in Financial |

| | | |
|---|---|---|
| | | Management (BNC)) No. of Notices: 12. Service Date 01/18/2007. (Admin.) (Entered: 01/18/2007) |
| 01/29/2007 | 9 | Request for special notice Filed by Creditor Chase Home Finance, LLC as servicing agent for Deutsche Bank National Trust Company. (Sorich, John) (Entered: 01/29/2007) |
| 01/29/2007 | 10 | Proof of service Filed by Creditor Chase Home Finance, LLC as servicing agent for Deutsche Bank National Trust Company (RE: related document(s)9 Request for special notice). (Sorich, John) (Entered: 01/29/2007) |
| 01/29/2007 | 11 | Notice of Override of Preferred Address 342(e). Exception creditor address submitted for this case only to override preferred noticing address. Filed by Creditor Chase Home Finance, LLC as servicing agent for Deutsche Bank National Trust Company. (Sorich, John) (Entered: 01/29/2007) |
| 01/29/2007 | 12 | Proof of service *for proof of claim no. 1 and notice of address* Filed by Creditor Chase Home Finance, LLC as servicing agent for Deutsche Bank National Trust Company (RE: related document(s)11 Notice of Override of Preferred Address 342(e), Notice of Override of Preferred Address 342(e)). (Sorich, John) (Entered: 01/29/2007) |
| 02/07/2007 | 13 | In accordance with the Administrative Order 07-02 dated 2/5/07, this case is hereby reassigned from Judge John E. Ryan to Judge Robert N. Kwan. (Bolte, Nickie) (Entered: 02/07/2007) |
| 02/15/2007 | 14 | Motion to Dismiss Case Pursuant to 11 U.S.C. Section 109 (h); Points and Authorities; Declaration of Tari K King; and Exhibits; with notice of motion; Filed by U.S. Trustee United States Trustee (SA) (Kent, Susan) (Entered: 02/16/2007) |
| 02/15/2007 | | Hearing Set (RE: related document(s)14 Motion to Dismiss Case filed by U.S. Trustee United States Trustee (SA)) Hearing to be held on 3/14/2007 at 02:30 PM Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701 for 14, (Kent, |

|            |    |                                                                                                                                                                                                     |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | Susan) (Entered: 02/16/2007)                                                                                                                                                                        |
| 02/16/2007 | 15 | Notice to creditors (BNC-PDF) (Kent, Susan) (Entered: 02/16/2007)                                                                                                                                   |
| 02/18/2007 | 16 | BNC Certificate of Mailing - PDF Document. (RE: related document(s)15 Notice to creditors (BNC-PDF)) No. of Notices: 15. Service Date 02/18/2007. (Admin.) (Entered: 02/18/2007)                     |
| 03/14/2007 |    | Hearing Held - Case Dismissed (cr: stei) (RE: related document(s)14 Motion to Dismiss Case filed by U.S. Trustee United States Trustee (SA)) (Kent, Susan) (Entered: 03/15/2007)                     |
| 03/21/2007 | 17 | Order Dismissing Case for failure to comply with 11 U.S.C. Section 109(h) Signed on 3/21/2007; with notice of entry attached (Mccall, Audrey) (Entered: 03/22/2007)                                  |
| 03/22/2007 | 18 | Notice of dismissal (BNC) (Mccall, Audrey) (Entered: 03/22/2007)                                                                                                                                    |
| 03/24/2007 | 19 | BNC Certificate of Mailing. (RE: related document(s)18 Notice of dismissal (BNC)) No. of Notices: 13. Service Date 03/24/2007. (Admin.) (Entered: 03/24/2007)                                        |
| 04/05/2007 | 20 | Notice of intent to file Trustee's final report and account, obtain discharge of Trustee, and close case Filed by Trustee Amrane Cohen . (Mccall, Audrey) (Entered: 04/09/2007)                     |
| 04/11/2007 |    | Hearing Held - Confirmation of Plan - off calendar - Case Dismissed (cr: mcca) (Kent, Susan) (Entered: 04/13/2007)                                                                                  |
| 05/15/2007 | 21 | Declaration re: non-receipt of objections to Trustee's final report & account Filed by Trustee Amrane Cohen . (Mccall, Audrey) (Entered: 05/18/2007)                                                |
| 05/15/2007 | 22 | Final report of trustee in asset case (Chapter 13) - CASE DISMISSED Filed by Trustee Amrane Cohen . (Mccall, Audrey) (Entered: 05/18/2007)                                                          |
| 05/15/2007 | 23 | ORDER discharging chapter 13 panel trustee and exonerate                                                                                                                                            |

bond liability . (Mccall, Audrey) (Entered: 05/18/2007)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/05/2007 15:58:22 | | | |
| PACER Login: | es0003 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 8:07-bk-10123-RK Fil or Ent: filed From: 1/1/2006 To: 6/5/2007 Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| Billable Pages: | 2 | Cost: | 0.16 |

PlnDue, Incomplete, PRVDISCH, Ovrride

# U.S. Bankruptcy Court
# Central District Of California (Santa Ana)
# Bankruptcy Petition #: 8:07-bk-11156-RK

*Assigned to:* Robert N. Kwan                                *Date Filed:* 04/23/2007
Chapter 13
Voluntary
Asset

| | |
|---|---|
| *Debtor* | represented by **Gary Leroy Boyne, Jr** |
| **Gary Leroy Boyne, Jr** | PRO SE |
| 8343 San Clemente Wy | |
| Buena Park, CA 90620 | |
| SSN: xxx-xx-5233 | |

*Trustee*
**Amrane Cohen**
770 The City Dr So Ste #3300
Orange, CA 92868
(714) 621-0200

*U.S. Trustee*
**United States Trustee (SA)**
411 W Fourth St., Suite 9041
Santa Ana, CA 92701-4593

| Filing Date | # | Docket Text |
|---|---|---|
| 04/23/2007 | 1 | Chapter 13 Voluntary Petition . Receipt Number o, Fee Amount $274 Filed by Gary Leroy Boyne Jr Section 316 Incomplete Filings due by 6/7/2007. Schedule A due 5/8/2007. Schedule B due 5/8/2007. Schedule C due 5/8/2007. Schedule D due 5/8/2007. Schedule E due 5/8/2007. Schedule F due 5/8/2007. Schedule G due 5/8/2007. Schedule H due 5/8/2007. Schedule I due 5/8/2007. Schedule J due 5/8/2007. Statement of Financial Affairs due 5/8/2007. Employee Income Record due by 5/8/2007. Statement - Form 22C Due: 5/8/2007. Notice of |

EXHIBIT "B"

| | | |
|---|---|---|
| | | available chapters due 5/8/2007. Summary of schedules due 5/8/2007. Declaration concerning debtors schedules due 5/8/2007. Chapter 13 Plan due by 5/8/2007. Statistical Summary due 5/8/2007. Exhibit D due 5/8/2007. Incomplete Filings due by 5/8/2007. (Shimizu, Tina) (Entered: 04/23/2007) |
| 04/23/2007 | 2 *cal. 6/5/07* | Meeting of Creditors 341(a) meeting to be held on 5/31/2007 at 10:00 AM at RM 1-154, 411 W Fourth St., Santa Ana, CA 92701.Objection 523 Complaint Due: 7/30/2007. Proofs of Claims due by 8/29/2007. Government Proof of Claim due by 10/22/2007. Confirmation hearing to be held on 7/11/2007 at 01:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. (Shimizu, Tina) (Entered: 04/23/2007) |
| 04/23/2007 | 3 | Certificate of Credit Counseling Filed by Debtor Gary Leroy Boyne Jr . (Shimizu, Tina) (Entered: 04/23/2007) |
| 04/23/2007 | 4 | Debtor Repayment Plan Filed by Debtor Gary Leroy Boyne Jr . (Shimizu, Tina) (Entered: 04/23/2007) |
| 04/23/2007 | | Receipt of Chapter 13 Filing Fee - $274.00 by TS. Receipt Number 80010159. (admin) (Entered: 04/24/2007) |
| 04/25/2007 | 5 | BNC Certificate of Mailing. (RE: related document(s)2 , Meeting of Creditors Chapter 13) No. of Notices: 22. Service Date 04/25/2007. (Admin.) (Entered: 04/25/2007) |
| 05/03/2007 | 6 | Request for special notice Filed by Creditor Chase Home Finance, LLC as servicing agent for Deutsche Bank National Trust Company. (Sorich, John) (Entered: 05/03/2007) |
| 05/03/2007 | 7 | Proof of service Filed by Creditor Chase Home Finance, LLC as servicing agent for Deutsche Bank National Trust Company (RE: related document(s)6, Request for special notice). (Sorich, John) (Entered: 05/03/2007) |
| 05/03/2007 | 8 | Notice of Override of Preferred Address 342(e). Exception creditor address submitted for this case only to override preferred noticing address. Filed by Creditor Chase Home |

|  |  | Finance, LLC as servicing agent for Deutsche Bank National Trust Company. (Sorich, John) (Entered: 05/03/2007) |
|---|---|---|
| 05/03/2007 | 9 | Proof of service *for proof of claim no. 1 and notice of address* Filed by Creditor Chase Home Finance, LLC as servicing agent for Deutsche Bank National Trust Company (RE: related document(s)8, Notice of Override of Preferred Address 342(e)). (Sorich, John) (Entered: 05/03/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/05/2007 15:34:14 | | | |
| PACER Login: | es0003 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 8:07-bk-11156-RK Fil or Ent: filed From: 3/7/2007 To: 6/5/2007 Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| Billable Pages: | 1 | Cost: | 0.08 |